# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JOEL GARCIA-MORENO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN,** | § | |
| **SECRETARY OF THE U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | **No.  3:26-CV-01548-LS** |
| **SECURITY; MARY DE ANDA** | § | |
| **YBARRA, FIELD OPERATIONS** | § | |
| **DIRECTOR OF THE EL PASO** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT OFFICE; DAVID J.** | § | |
| **VENTURELLA, ACTING DIRECTOR** | § | |
| **OF UNITED STATES IMMIGRATION** | § | |
| **AND CUSTOMS ENFORCEMENT;** | § | |
| **AND TODD BLANCHE, ATTORNEY** | § | |
| **GENERAL OF THE UNITED STATES;** | § | |
| **ALL ACTING IN THEIR OFFICIAL** | § | |
| **CAPACITIES,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER FOR SERVICE

Petitioner Joel Garcia-Moreno seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1] The

petition raises issues which require Respondents to show cause why the Court should not grant the

relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order upon

Respondents through their counsel, the United States Attorney for the Western District of Texas.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Respondents shall show cause by **June 12, 2026**, why the Court should not grant the relief

Petitioner seeks by filing an answer or other responsive pleading.[3]

       **SO ORDERED**.

       **SIGNED** and **ENTERED** on June 5, 2026.

                    _____

                    **LEON SCHYDLOWER**
                    **UNITED STATES DISTRICT JUDGE**

---

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").